IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DANILYN D. SIZEMORE,
    Plaintiff,

vs.                                       Case No. 3:04cv91/RV/EMT

JO ANNE B. BARNHART,
Commissioner of the
Social Security Administration,
Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 22, 2005. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The decision of the Commissioner is **AFFIRMED**, this action is **DISMISSED,** and the clerk is directed to close the file.

**DONE AND ORDERED** this 8th day of September, 2005.

                                                                    <u>/s/ Roger Vinson</u>
                                                                     **ROGER VINSON**
                                                                     **UNITED STATES SENIOR JUDGE**